FILED by **KZ** D.C.
ELECTRONIC

**Sep 20, 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **12-80177-CR-RYSKAMP/HOPKINS**

18 USC 922(g)(1)
18 USC 924(e)

UNITED STATES OF AMERICA,

v.

JAMES LACONTE,

      Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

#### COUNT ONE

On or about April 27, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**JAMES LACONTE,**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, to wit, a Glock, model 19, 9 mm semi-automatic pistol, an Accu-Tek, model AT-380, .380 semi-automatic pistol, an Iver Johnson (U.S. Revolver Co.), .32 S&W revolver, a J. Stevens, .410 bore shotgun, a Stevens (Savage) model 94C, 12 gauge shotgun, a Bushmaster, model Carbon-15, .223 caliber semi-automatic pistol, a Mossberg, model 500, 12 gauge shotgun, a Remington, model A70 Express, 12 gauge (short-barreled) shotgun, a

Revelation/Western Auto (Mossberg), model R107A, .22 Magnum rifle, in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ROBERT H. WATERS, JR.
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>JAMES LACONTE,<br>**Defendant.**<br>_____/ | CASE NO. **12-80177-CR-RYSKAMP/Hopkins**<br><br>**CERTIFICATE OF TRIAL ATTORNEY\***<br><br>**Superseding Case Information:** |

**Court Division**: (Select One)

____ Miami  ____ Key West
____ FTL   _X_ WPB  ____ FTP

New Defendant(s)          Yes ____   No ____
Number of New Defendants  ____
Total number of counts    ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect ____

4. This case will take **3** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days      _x_
   - II  6 to 10 days     ___
   - III 11 to 20 days    ___
   - IV  21 to 60 days    ___
   - V   61 days and over ___

   (Check only one)
   - Petty   ___
   - Minor   ___
   - Misdem. ___
   - Felony  _x_

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of **4/27/2012**
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  **No**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes  _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ____ Yes  _x_ No

_____
ROBERT H. WATERS, JR.
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 365483

\*Penalty Sheets attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** JAMES LACONTE

**Case No:** 12-80177-CR-RYSKAMP/HOPKINS

Count 1:

Felon in Possession of Firearms
Title 18, United States Code, Sections 922(g) and 924(e)

**\*Max. Penalty:**   15 Years' to Life Imprisonment; $250,000.00 Fine
up to 5 years' supervised release